**JS 6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EMPLOYERS MUTUAL CASUALTY CO., | ) | Case No.: EDCV 15-2175 DSF (DTBx) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court having granted defendant's motion for summary judgment on all claims,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

8/2/16

Dated: _____

_____
Dale S. Fischer
United States District Judge